## ASSUMPSIT.

THALLHIMER *v.* BRINCKERHOFF, 3 Cow. 623.

Reported 20 Johns. 386.

*Assumpsit ; Money had and Received ; Champerty.*

H. J. who claimed land as heir at law of his father, and who was about to commence suits for the recovery of it, entered into an agreement with the plaintiff who had married his sister, by which he covenanted in consideration of the premises, &c., to convey to the plaintiff, the one-quarter properly recovered ; and the plaintiff promised by the same instrument, to pay one-half of all the expenses of prosecuting the suits: the defendant, who drew the agreement, as attorney of H. J., and the plaintiff, brought actions of ejectment against the parties in possession, and afterwards, by virtue of a power of attorney from H. J. for that purpose, but without the knowledge of the plaintiff, compromised

with the tenant, and received from them a large sum of money.

The Court of Errors reversed the decision of the Supreme Court which held it to be champerty, and decided, that the plaintiff might maintain assumpsit for money had and received to his use, and that the agreement was not tainted with champerty, and that the husband whose wife might, by possibility, be heir of one who claimed the land, might aid his brother-in-law in the maintainance of his suit upon an agreement to have a part of the land.